In the Matter of the Probate of the Will of WILHELMINA LINDE-
MANN, Deceased.

Surrogate's Court, Queens County, November 12, 1947.

*Sigismund J. Trapani* for petitioner.

SAVARESE, S. Paragraph "First" of the propounded instru-
ment directs decedent's husband, the sole legatee, to pay all her
debts and funeral expenses. Paragraph "Third" confers a
power of sale upon the husband for the purpose of carrying out
the provisions of the will. Although he is not expressly
appointed executor, the implication is clear that decedent
intended him to act in that capacity. Petitioner is accordingly
an executor by the tenor of the will. The proof satisfies me that
the propounded instrument was duly executed as a will at a time
when decedent was competent and free from restraint. Submit
decree, accordingly, admitting will to probate.